IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER BOLYARD, MICHAEL BURGER, JOSEPH COSTELLO, JAMES DONOVAN, JAMES KELLY, COLBY O'NEAL, CALEB O'NEAL, WILLIAM WALTERS, JON SMITH,<br><br>Defendants. | Case No. 1:25-mj- |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about September 7, 2024, in Loudoun County, Virginia, within the Eastern District of Virginia, the defendants, TYLER BOLYARD, MICHAEL BURGER, JOSEPH COSTELLO, JAMES DONOVAN, JAMES KELLY, COLBY O'NEAL, CALEB O'NEAL, WILLIAM WALTERS, and JON SMITH, took migratory game birds on and over a baited area while knowing that the area was a baited area.

(In violation of Title 16, United States Code, Section 704(b)(1)).

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date:  September 12, 2025        By:   /s/ Jonathan Lowry
                                       Jonathan Lowry
                                       Special Assistant United States Attorney

1